**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KELVIN EUGENE SIMS, | ) | CASE NO. CV 09-07693 ODW (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| KELLY HARRINGTON, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of KELVIN EUGENE SIMS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 14, 2011

*/s/ Otis D. Wright II*

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE